JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE EDNA GARBANZOS,<br><br>    Plaintiff,<br><br>vs.<br><br>BANK OF NEW YORK MELLON; NATIONSTAR MORTGAGE, LLC; MR. COOPER and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 2:18-cv-09090-SVW-JEM<br><br>[PROPOSED] **ORDER TO DISMISS ACTION WITHOUT PREJUDICE**<br><br>Honorable Stephen V. Wilson |

Plaintiff MARIE EDNA GARBANZOS ("Plaintiff"), and Defendants BANK OF NEW YORK MELLON, NATIONSTAR MORTGAGE, LLC, d/b/a MR. COOPER (erroneously sued as a separate Defendant) ("Defendants"), after jointly stipulating that this Court dismiss this case against Defendant without prejudice, hereby pray that this Court enter an Order dismissing this action without prejudice, with each party to bear its own litigation costs.

**IT IS SO ORDERED.**

11/1/2018
_____
Date

_____
Honorable Stephen V. Wilson
*United States District Judge*